**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 238 MAL 2014
:
                Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
DILLON MATTHEW PLUM, :
:
           Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of October, 2014, the Petition for Allowance of Appeal is

**DENIED**.